A90A1485, A90A1486. CHEELEY et al. v. HENDERSON; and vice versa.

(413 SE2d 266)

SOGNIER, Chief Judge.

In *Cheeley v. Henderson*, 261 Ga. 498 (405 SE2d 865) (1991), the Supreme Court reversed the judgment of this court in *Cheeley v. Henderson*, 197 Ga. App. 543 (398 SE2d 787) (1990). Accordingly, our judgment in that case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, P. J., and Carley, P. J., concur.*

DECIDED NOVEMBER 12, 1991.

*Goodman, McGuffey, Aust & Lindsey, William S. Goodman, Edward H. Lindsey, Jr., Savell & Williams, Charles M. Dalziel, Jr., Carrie L. Christie, Webb, Carlock, Copeland, Semler & Stair, Thomas S. Carlock*, for appellants.

*Jones, Brown & Brennan, Taylor W. Jones, Myles E. Eastwood,*

*James McGuire*, for appellee.